UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICA CARUSO, | ) | Case No. EDCV 13-1263 MWF(JC) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| DAVID LONG, Warden, | ) ) | JUDGE |
| Respondent. | ) ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted and the Petition is dismissed with prejudice as time-barred.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 9, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE