1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICA CARUSO, | ) | Case No. EDCV 13-1263 MWF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: January 9, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE